IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.

**Ramon Thomas,**
**Defendant.**                                                      No. 10 - CR - 30210 DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendant's Motion to Continue Trial (Doc. 16), currently set for January 31, 2011. Defendant seeks additional time to continue plea negotiations with the Government. The Motion further states that the Government does not object to this continuance request. There are no other codefendants in this case. The law allows every defendant facing criminal charges the right to a trial by jury or to plead to those charges. The Court being fully advised in the premises finds that Defendant needs additional time to complete plea negotiations. If the Court were to deny a continuance despite ongoing plea negotiations, this could severely impact the outcome of these discussions, which would likely result in a miscarriage of justice. ***See* 18 U.S.C. § 3161(h)(7)(B)(i)**. Further, refusing to grant a continuance in this matter would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." ***See* 18 U.S.C. § 3161(h)(7)(B)(iv)**. The

Court therefore finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.  Accordingly, the Court **GRANTS** Defendant's Motion to Continue (Doc. 16).  The Court hereby **CONTINUES** the jury trial scheduled for January 31, 2011, to **Monday, February 28, 2011, at 9:00 a.m.**  The time from the date this Motion to Continue (Doc. 16) was filed, January 24, 2011, until the date the trial is rescheduled, February 28, 2011, is excludable time for the purposes of speedy trial.

    **IT IS SO ORDERED.**

    Signed this 27th day of January, 2011.

                                                  David R. Herndon
                                                2011.01.27
                                                09:12:53 -06'00'

                                  **Chief Judge**
                                  **United States District Court**