IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-cr-30210-DRH |
| | ) | |
| RAMON THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**HERNDON, Chief Judge:**

Upon motion of the United States of America (Doc. 25), the Court being advised of the facts, Count 1 of the Indictment is dismissed with prejudice.

**IT IS SO ORDERED.**

Signed this 12th day of May, 2011.

Digitally signed by
David R. Herndon
Date: 2011.05.12
14:10:53 -05'00'

**Chief Judge**
**United States District Court**